# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  JERALDINE G. GULLEY                                           Case Number: 07-71311
        522 NORTH WILLOW, #266          SSN-xxx-xx-3256
        FREEPORT, IL  61032

                                                        Case filed on:          5/30/2007
                                                        Plan Confirmed on:

                                U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | JERALDINE G. GULLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | JACK MITCHELL MOTORS INC | 3,541.00 | 3,541.00 | 0.00 | 0.00 |
|  | Total Secured | 3,541.00 | 3,541.00 | 0.00 | 0.00 |
| 002 | AFFILIATED ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN HEALTH FITNESS CENTER | 2,100.33 | 2,100.33 | 0.00 | 0.00 |
| 004 | ASPIRE VISA | 1,003.85 | 1,003.85 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 2,382.45 | 2,382.45 | 0.00 | 0.00 |
| 006 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | T-MOBILE | 290.09 | 290.09 | 0.00 | 0.00 |
| 008 | ENCORE RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FEDCHEX RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 214.75 | 214.75 | 0.00 | 0.00 |
| 011 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | OMNIUM WORLDWIDE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | AFNI/VERIZON | 1,203.91 | 1,203.91 | 0.00 | 0.00 |
| 021 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CAVALRY PORTFOLIO SERVICES LLC | 560.43 | 560.43 | 0.00 | 0.00 |
| 023 | PREMIER BANKCARD/CHARTER | 364.54 | 364.54 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICES | 2,237.84 | 2,237.84 | 0.00 | 0.00 |
| 025 | MUTUAL MANAGEMENT SERVICES | 70.65 | 70.65 | 0.00 | 0.00 |
|  | Total Unsecured | 10,428.84 | 10,428.84 | 0.00 | 0.00 |
|  | Grand Total: | 13,969.84 | 13,969.84 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00          discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                              _/s/ Lydia S. Meyer_____
                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 11/01/2007          By _/s/Heather M. Fagan